912

BERNARDO DEBERNARDINIS, Appellant, v. THE MERCHANTS DESPATCH TRANS-PORTATION COMPANY, Respondent.— 

 All concur. (The order grants defendant's motion for a separate trial of the fourth separate defense raised by the answer in a silicosis action.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

JOHN NICCOLUCCI, Appellant, v. THE MERCHANTS DESPATCH TRANSPORTATION COMPANY, Respondent.— 

 All concur. (The order grants defendant's motion for a separate trial of the fourth separate defense raised by the answer in a silicosis action.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

JOHN DE VERONICA, Appellant, v. THE MERCHANTS DESPATCH TRANSPORTA-TION COMPANY, Respondent.— 

 All concur. (The order grants defendant's motion for a separate trial of the fourth separate defense raised by the answer in a silicosis action.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

CATALDO BELLANCA, Appellant, v. THE AMERICAN LAUNDRY MACHINERY COM-PANY, Respondent.— 
All concur. (The order denies a motion by plaintiff for an order of inspection and discovery, in a silicosis action.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

KENNETH W. BENNION, Appellant, v. UNION CARBIDE COMPANY, Respondent.— 
 Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

JOSEPH DITTO, Appellant, v. UNION CARBIDE COMPANY, Respondent.— 

 Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

First Department, December, 1942.
(December 4, 1942.)

RAY E. N. METH, Appellant and Respondent, v. NORMAN P. S. SCHLOSS et al., Respondents and Appellants, Impleaded with Another.— 
 No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN TUCKER, Doing Business as TUCKER MANUFACTURING COMPANY, Appellant.— 
 No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

SAMUEL FEINSTEIN, Respondent, v. THE CITY OF NEW YORK et al., Appellants, Impleaded with Others.— 
 No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HARRY B. MANN et al., Respondents, v. SARA COOPER, Appellant.— 

 Present — Martin, P. J., Townley, Glennon, Untermyer and Dore. JJ.